**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ATHRYN REEDJOSEPH-MINKINS, | * | |
| Plaintiff , | * | |
| v. | * | Case No.: |
| DOLGENCORP, LLC, | * | |
| dba DOLLAR GENERAL, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

Defendant, Dolgencorp, LLC, through undersigned counsel, pursuant to 28 U.S.C., section 1446 (a), files this Notice of Removal of the above captioned case from the Circuit Court for Baltimore City, Maryland, based upon diversity of citizenship, and as grounds therefore, states:

1. On or about July 26, 2022, Plaintiff Athryn Reedjoseph-Minkins instituted this action by filing a Complaint in the Circuit Court for Baltimore City, Maryland against Defendant Dolgencorp, LLC, said case being docketed as *Athryn Reedjoseph-Minkins v. Dolgencorp, LLC, dba Dollar General,* case no. 24-C-22-003316 OT. A copy of the Complaint is attached as Exhibit 1. The Writ of Summons was issued by the Circuit Court for Baltimore City, Maryland on July 27, 2022 (Writ of Summons attached as Exhibit 2). Service of the Writ of Summons, Complaint and related papers was made on the resident agent for the Defendant Dolegencorp, LLC on August 24, 2022.

2. This Notice of Removal is timely because it is being filed within thirty (30) days of service of process on Defendant Dolegencorp, LLC, pursuant to 28 U.S.C., section 1446 (b) (1).

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. sections 1441(a) and 1332 (a) because complete diversity of citizenship exists based upon the following:

    a)      The Plaintiff alleges in her Complaint that she is a citizen of Maryland, as evidenced by the fact that the Complaint lists the Plaintiff's place of residence as 304 Canoe Lane, Edgewood, Maryland 21040.

    b)      The Defendant Dolgencorp, LLC is a single member, limited liability company formed under the laws of the State of Kentucky and having its principal place of business at 100 Mission Ridge, Goodlettsville, TN. 37072. Dollar General Corporation is the single member. Dollar General Corporation is not incorporated in the State of Maryland, is not a citizen of Maryland, and does not have its principal place of business in Maryland.

    c)      The Plaintiff's Complaint seeks monetary damages in excess of seventy-five thousand dollars ($75,000).

4. By reason of the foregoing, this matter may be removed to this Court pursuant to 28 U.S.C., sections 1441(a) and 1332 (a).

5. A copy of the Notice of Removal filed with the Clerk of the Circuit Court for Baltimore City, Maryland is attached as Exhibit 3.

6. This Notice of Removal will be served on counsel for Plaintiff pursuant to 28 U.S.C. section 1441(d).

7. Defendant, through counsel, presents and files herewith a check in the amount of $400.00 in payment of the filing fees as required by law.

WHEREFORE, Defendant Dolgencorp, LLC requests that this action be removed from the Circuit Court of Baltimore City, Maryland to this Court.

                                                      DeCARO, DORAN, SICILIANO,
                                                      GALLAGHER & DeBLASIS, LLP

By:    /s/ Steven J. Parrott
         Steven J. Parrott, #02162
         17251 Melford Boulevard, Suite 200
         Bowie, Maryland 20715
         Tel:    301/352-4950
         Fax:   301/352-8691
         sparrott@decarodoran.com
         ***Attorneys for Defendant***
         ***Dolgencorp, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2022, a copy of the foregoing Notice of Removal was electronically filed, emailed, and mailed, postage prepaid, to:

Kevin A. Clasing, Esquire
Parker, Pallett, Slezak & Russell, LLC
11450 Pulaski Highway
White Marsh, Maryland 21162
Kclasing@ppsrlaw.com
***Attorneys for Plaintiff***

                                                      /s/ Steven J. Parrott
                                                      Steven J. Parrott, #02162