IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ATHRYN REEDJOSEPH-MINKINS, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: |
| DOLGENCORP, LLC, | * | |
| dba DOLLAR GENERAL, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATION OF STATE COURT DOCUMENTS

Defendant Dolgencorp, LLC, through undersigned counsel, pursuant to 28 U.S. C. section 1446 (a) and Local Rule 103.5 of the U. S. District Court for the District of Maryland, states that the documents and pleadings set forth below, and attached hereto are true copies of all process, pleadings, documents, and orders served on it as of the date of the filing of the Notice of Removal:

| Date Filed/Served | Document Filed | Exhibit |
|---|---|---|
| July 26, 2022 | Plaintiff's Complaint (served August 24, 2022) | 1 |
| July 27, 2022 | Writ of Summons (issued)(served August 24, 2022) | 2 |
| July 27, 2022 | Civil Non- Domestic Information Sheet | 3 |
| August 16, 2022 | Plaintiff's Notice of Service of Discovery Material | 4 |
| August 24, 2022 | Plaintiff's Interrogatories to Defendant (served) | 5 |
| August 24, 2022 | Plaintiff's Request for Production to Defendant(served) | 6 |
| September 8, 2022 | Notice of Removal to U. S. Dist. Ct. for D. Md. | 7 |
| September 8, 2022 | Online Case Docket | 8 |

Counsel hereby certifies that the above listed documents and pleadings constitute all documents known to have been filed in the state court proceeding based upon a review of online docket entries. The documents were served on Defendant on August 24, 2022.

                                          DeCARO, DORAN, SICILIANO,
                                          GALLAGHER & DeBLASIS, LLP

By:   */s/ Steven J. Parrott*
        Steven J. Parrott, #02162
        17251 Melford Boulevard, Suite 200
        Bowie, Maryland 20715
        Tel:    301/352-4950
        Fax:   301/352-8691
        sparrott@decarodoran.com
        mkohl@decarodoran.com
        ***Attorneys for Defendant***
        ***Dolgencorp, LLC***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of September 2022, a copy of the foregoing Certification of State Court Documents was electronically filed, emailed and mailed via First Class U. S. Mail, postage prepaid, to:

Kevin A. Clasing, Esquire
Parker, Pallett, Slezak & Russell, LLC
11450 Pulaski Highway
White Marsh, Maryland 21162
Kclasing@ppsrlaw.com
***Attorneys for Plaintiff***

                                          */s/ Steven J. Parrott*
                                          Steven J. Parrott, #02162