| | |
|---|---|
| ATHRYN REEDJOSEPH-MINKINS<br>304 Canoe Lane<br>Edgewood, MD 21040 | * IN THE |
| | * CIRCUIT COURT |
| Plaintiff | * FOR |
| v. | * BALTIMORE CITY |
| DOLGENCORP, LLC<br>dba Dollar General<br>421 W. Main Street<br>Frankfort, KY 40601 | * Case No. 24-C-22-003316 |
| **Serve on Resident Agent:**<br>CSC-Lawyers Incorporating Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, MD 21202 | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes the Plaintiff, Athryn Reedjoseph-Minkins, by her attorneys, Kevin A. Clasing, and the Law Offices of Parker, Pallett, Slezak & Russell, LLC, sues Dolgencorp, LLC, dba Dollar General, and says:

1. That at all times herein after mentioned, the acts and omissions complained of occurred in the Dollar General, located at 2511 Greenmount Avenue, Baltimore, Maryland 21218.

2. That at all times herein after mentioned, Defendant, Dollar General was responsible for the maintenance of the premises, including, but not limited to, all walkways.

3. For the reasons provided above, The Circuit Court for Baltimore City is the proper jurisdiction and venue for this action.

## FACTS COMMON TO ALL COUNTS

4. That on January 7, 2021, at approximately 4:15 p.m., Plaintiff, Athryn Reedjoseph-Minkins, was in a prudent and careful manner walking in the General Dollar store when she tripped and fell over a large gray plastic container and fell on to a metal cart with wheels and a display, causing serious injuries to her body and limbs.

5. As a result of the fall, the Plaintiff sustained serious and significant injuries to her left and right knees, her left wrist, and left hand, and elsewise about her body; endured humiliation; suffered and continues to suffer limitations due to the injuries she sustained; suffered and continues to suffer from pain, discomfort, inconvenience, limitations in her daily life, and loss of enjoyment of life; was caused to incur bills for medical treatment and examination necessitated by said injuries; and, it is expected that the Plaintiff will in the future require additional medical examination and treatment for said injuries.

## COUNT 1 – NEGLIGENCE – PREMISES LIABILITY
*(Dolgencorp, LLC – dba Dollar General)*

6. That Plaintiff incorporates by reference the allegations set forth in paragraphs 1 – 5 above.

7. That at the time of the subject incident, Defendant Dolgencorp, LLC, dba Dollar General, oversaw the maintenance of the safety and integrity of the premises, including the maintenance of the safety and integrity of all walkways.

8. There was an unsafe and dangerous condition upon the aisle/walkway in the Dollar General, 2511 Greenmount Avenue, Baltimore, Maryland 21218.

9. Defendant, Dolgencorp, LLC, dba Dollar General, owed a duty to its business invitees to warn them of and to take action to correct the dangerous condition about the premises and upon its walkways.

10. Defendant, Dolgencorp, LLC, dba Dollar General's, duties included ensuring that regular and routine inspections of the premises, including, but not limited to, its walkways, were performed to discover any dangerous conditions which pose a potential hazard to the premises.

11. That there was an unsafe and dangerous condition in the aisle/walkway on the premises. This dangerous condition was formed over time due to lack of inspection and other precautionary actions. Accordingly, said dangerous condition had been in place for a substantial amount of time. The Defendant should have observed its duty to inspect for hazards in the most minimal and cursory fashion with there being ample time and opportunity that the Defendant should have known and/or discovered said condition.

12. Defendant, Dolgencorp, LLC, dba Dollar General failed in its duty to business invitees, including the Plaintiff, in that it failed to take proper and timely action to correct or even to provide any warning of the condition of the aisle/walkway.

13. As a result of the Defendant, Dolgencorp, LLC, dba Dollar General's, neglect, and failure in its duty to correct or warn of the dangerous condition in the aisle/walkway, the Plaintiff was caused to slip and fall, and sustain injury and losses as described in Paragraph 5, which the Plaintiff hereby reference incorporates into this Paragraph.

14. That the aforesaid fall was the consequence wholly and solely of the negligence and breach of duty of the Defendant Dolgencorp, LLC, dba Dollar General, and that said negligence and breach of duty was the direct and proximate cause of the Plaintiff's losses.

15. That the Plaintiff did not contribute to the happening of the incident in any way.

WHEREFORE, suit is brought against Dolgencorp, LLC, dba Dollar General, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

Kevin A. Clasing, Esq. (CPF 8501010108)
Parker, Pallett, Slezak & Russell, LLC
11450 Pulaski Highway
White Marsh, MD 21162
410-335-3800
410-335-2188 fax
kclasing@ppsrlaw.com
*Attorney for Plaintiff*